1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ISABEL TUBACH,

11              Plaintiff,                    No. CIV S-11-3385 EFB P

12         vs.

13   COMMUNITY HOSPITAL OF MADERA,

14              Defendant.                    <u>ORDER</u>

15   _____/

16         Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  She requests leave to proceed *in forma pauperis*.

18         Plaintiff alleges a violation of her civil rights in Madera, California.  Madera County is in

19   the Fresno Division of this court and the action should have been commenced there.  *See* Local

20   Rule 120(d).  The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

21         Accordingly, it is hereby orderd that:

22         1.  This action is transferred to the Fresno Division.

23         2.  The Clerk of Court shall assign a new case number.

24   ////

25   ////

26   ////

1     3.  All future filings shall bear the new case number and shall be filed at:

2               United States District Court
Eastern District of California
3               2500 Tulare Street
Fresno, CA 93721

5  DATED:  January 3, 2012.

6

7               EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2