IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISABEL TUBACH,

      Plaintiff,                                    No. CIV S-11-3385 EFB P

      vs.

COMMUNITY HOSPITAL OF MADERA,

      Defendant.                                  <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. She requests leave to proceed *in forma pauperis*.

      Plaintiff alleges a violation of her civil rights in Madera, California. Madera County is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

      Accordingly, it is hereby orderd that:

      1. This action is transferred to the Fresno Division.

      2. The Clerk of Court shall assign a new case number.

////

////

////

1

3. All future filings shall bear the new case number and shall be filed at:

>United States District Court
>Eastern District of California
>2500 Tulare Street
>Fresno, CA 93721

DATED: January 3, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE